# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Fund, Twin City Carpenters Apprenticeship Fund, Twin City Carpenters Vacation Fund, National Apprenticeship Training Fund, Trusts

Case No. Civil 00-1330 DDA/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Lan Construction, Inc., a Minnesota business corporation and Kerry Gullickson, individually

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiffs' motion for default judgment is granted;

2. Plaintiffs shall have judgment, joint and several, against defendants Lan Construction, Inc. and Kerry Gullickson, for $10,746.16.

DATE: September 14, 2000

FRANCIS E. DOSAL, CLERK

Shirley Hansen, Deputy Clerk

(11)